[No. 61868-7-I.  Division One.  September 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLAN DRAMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08471-8, Palmer Robinson, J., entered May 16, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Grosse and Ellington, JJ.

[No. 62342-7-I.  Division One.  September 8, 2009.]

GARY STEVENS ET AL., *Appellants*, v. DAVID PARKER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-02415-8, Douglas D. McBroom, J., entered August 22, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.

[No. 62344-3-I.  Division One.  September 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE V. THROWER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09146-3, William L. Downing, J., entered September 2, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.

[No. 62628-1-I.  Division One.  September 8, 2009.]

MARY W. GATUNA, *Appellant*, v. WESLY A. MOORE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-04746-6, Mary E. Roberts, J., entered October 20, 2008. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ.